**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Delos WILSON, Defendant— Appellant.**

**No. 08–10293.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 1, 2009.

Sheila K. Oberto, Esquire, Assistant U.S., Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Katherine L. Hart, Law Offices of Katherine L. Hart, Fresno, CA, for Defendant– Appellant.

John Delos Wilson, Corcoran, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

John Delos Wilson appeals from his guilty-plea conviction and 240–month sentence for attempted transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Wilson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Supplemental briefs and an answering brief have been filed.

The motion to file an addendum to the optional reply brief is **GRANTED.**

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the conviction and sentence are **AFFIRMED.** Appellant's request that other counsel be appointed is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.